NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
SCOTT D. TENLEY (Cal. Bar No. 298911)
Assistant United States Attorney
    Ronald Reagan Federal Bldg & U.S. Courthouse
    411 West 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-2829
    Facsimile: (714) 338-3561
    E-mail:    scott.tenley@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:19-MJ-00573 |
|---|---|
| Plaintiff, | NOTICE OF WITHDRAWAL |
| v. | |
| SEARCH WARRANT, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Scott D. Tenley,

//

//

hereby withdraws the search warrant filed in the above-captioned matter. The filing was made in error.

Dated: July 24, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

      /s/
SCOTT D. TENLEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2